34 So.2d 867

### E. S. WATTS v. A. M. MEAD et als.
(Fairview Co.)
#### 3 Div. 483.

Supreme Court of Alabama.
March 9, 1948.

Jack L. Capell, of Montgomery, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.